IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MAURICE L. FULLER,  Defendant. | Case No. 3:20-CR-30049-NJR |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Maurice Fuller's Motion for Sentence Reduction (Doc. 78) pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10, making Amendment 821 retroactive. The Government agrees to the Motion.

The parties agree that Defendant Maurice Fuller is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he or she committed the offense of conviction. Fuller's total offense level at sentencing for Counts 1 and 3 was 17, and his criminal history category was III, which provided for a guideline range between 30 and 37 months. Count 2 carried a mandatory consecutive sentence of 60 months which resulted in an effective sentencing range of 90 to 97 months. The Court imposed a sentence of 97 months at the higher end of the guideline range. (*See* Doc. 73). Under Amendment 821, Fuller's criminal history category

is reduced from III to II. Thus, the guideline sentencing range is lowered to 27 to 33 months on Counts 1 and 3. Together with Count 2's mandatory consecutive 60-month sentence, Fuller's guideline range becomes 87 to 93 months. With this lowered range, the parties agree that a sentence reduction from 97 to 93 months is appropriate.

The Court agrees. Upon consideration of Fuller's motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Part A of Amendment 821 to the Sentencing Guidelines, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Fuller's motion (Doc. 78) and **ORDERS** that his sentence be reduced to a term of **93 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

IT IS SO ORDERED.

DATED:   December 29, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**